■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL VASQUEZ, Appellant. [829 NYS2d 475]—

Order, Supreme Court, New York County (Brenda Soloff, J.), entered July 15, 2005, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's argument that the court incorrectly assessed certain risk factor points is academic, because even without the 35 points at issue defendant would still qualify as a level three sex offender. In any event, the points were correctly assessed.

Defendant did not establish a special circumstance warranting a downward departure (*see People v Guaman*, 8 AD3d 545 [2004]). The psychiatric condition that he advances as a basis for a downward departure would tend to impair his ability to control his behavior and thus would support, if anything, an *upward* departure.

Defendant's challenges to the choice of risk factors made by the Legislature and the Board of Examiners of Sex Offenders are both waived and without merit (*see People v Bligen*, 33 AD3d 489 [2006]; *People v Joe*, 26 AD3d 300 [2006], *lv denied* 7 NY3d 703 [2006]). Concur—Tom, J.P., Friedman, Sullivan, Nardelli and Catterson, JJ.